

Case 3:11-cr-00012   Document [illegible]   Filed [illegible]

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 3:11-cr-00012-11 |
| ) | Senior Judge Wiseman |
| **LAMONT COTTON** ) | |

## DEFENDANT LAMONT COTTON'S MOTION FOR LEAVE TO JOIN IN AND ADOPT CERTAIN PRETRIAL MOTIONS

**COMES NOW** the Defendant, **Lamont Cotton**, by and through his undersigned counsel, and hereby moves the Court for leave to join in and adopt certain pending pretrial motions filed by codefendants. Specifically, Mr. Cotton requests that he be allowed to join in and adopt the following filings:

1. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT5 and TT6) (Docket Entry 828);[1]

2. Motion to Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT7, TT8 and TT5 Renewal) (Docket Entry 875); and,

3. Memorandum of Law in Support of Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretaps: TT1, TT2, TT3, TT4, TT5, TT6, TT7, TT8, TT9, TT10, TT11. (Docket Entry 748).

---

[1] As noted in Mr. Cotton's motion to suppress fruits of electronic surveillance occurring over Target Telephones 5 and 8, he is a statutorily recognized "aggrieved person" and has standing to challenge the interception of Target Telephones 5 and 8 since his wire communications were intercepted on both lines. (Docket Entries 899 & 900).