PS 8 Revised 07
MD/TN Revised 10/10

☐ Interpreter Required

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. _____Lamont Won Cotton_____ Docket No. 3:11CR02116

### Petition for Action on Conditions of Pretrial Release

COMES NOW _____Angela D. Rankin_____, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant _____Lamont Won Cotton_____ who was placed under pretrial release supervision by the Hon. U.S. District Judge Aleta Trauger sitting in the Court at **Nashville, Tennessee**, on 01/07/2011, under the following conditions: Please reference the attached Order Setting Conditions of Release

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document

I declare under penalty of perjury that the foregoing is true and correct.

Angela D. Rankin       Nashville, TN       January 30, 2013
U.S. Pretrial Services Officer       Place:       Date:

**Next Scheduled Court Event**       Trial       04/23/2013
                                     Event       Date

### PETITIONING THE COURT

☒ No Action                     ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant            ☐ Other

### THE COURT ORDERS:
☒ No Action                                          ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshals only)       Date       Time
☐ Other

Considered and ordered this 5th day of February, 2013, and ordered filed and made a part of the records in the above case.

Honorable Kevin H. Sharp
U.S. District Judge

Honorable Kevin H. Sharp
U.S. District Judge
RE: Petition for Action on
Lamont Won Cotton
3:11CR02116
January 30, 2013
Page 2

The defendant was arrested on December 13, 2010, after being charged with Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846. Defendant Edwards appeared before the Honorable E. Clifton Knowles, U.S. Magistrate Judge, on December 16, 2010, for a detention hearing. The Court ordered the defendant be detained based on risk of flight and danger to the community. The defendant, by and through counsel, appealed the Order of Detention, and on January 7, 2011, the Honorable Aleta Trauger, U.S. District Judge, ordered the defendant be released on bond and pretrial supervision with special conditions.

This case was reassigned to Your Honor on September 28, 2012.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**New Violation:**

**Defendant shall not violate any federal, state, or local law while on release.**

On approximately November 14, 2012, the defendant was notified that there was an outstanding warrant in Clarksville, Tennessee, for his arrest for Theft of a Vehicle. The defendant turned himself into authorities, and was released on bond. Mr. Cotton notified this officer of the new arrest in a timely manner.

On January 23, 2013, the case was nolle prosequi in the Montgomery County, Tennessee, General Sessions Court.

**Probation Officer's Actions:**

This officer continued to monitor the status of this case until the disposition on January 23, 2013. It should be noted that this defendant has otherwise remained in compliance since his release in January 2011. He has had no positive drug screens, and no additional violations. This officer will continue to closely monitor the defendant's compliance with the conditions of his release. He is scheduled to go to trial on April 23, 2013.

Honorable Kevin H. Sharp
U.S. District Judge
RE: Petition for Action on
Lamont Won Cotton
3:11CR02116
January 30, 2013
Page 3

**Respectfully Petition the Court as Follows:**

The Pretrial Services Office requests that No Action be taken at this time, as the new charge was dismissed, and otherwise, the defendant has been in compliance throughout the entirety of his release. He has also maintained gainful employment. Assistant U.S. Attorney Sunny Koshy has been contacted and agrees with this recommendation.


Approved by:

_____
W. Burton Putman
Supervisory U.S. Probation Officer

xc: Assistant U.S. Sunny Koshy
    Defense Counsel Peter Strianse

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of TENNESSEE

| | |
|---|---|
| United States of America <br> v. <br> ___LAMONT COTTON___ <br> *Defendant* | ) <br> ) <br> ) Case No. 10-mj-2116-11 <br> ) <br> ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

*LC* (1) The defendant must not violate any federal, state or local law while on release.

*LC* (2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

*LC* (3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

*LC* (4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)* _____
                                                                    Place

_____ on _____
                                    Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

*LC* ( ✔ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

( ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____
Custodian or Proxy     Date

*JL* (X) (8) The defendant must:
*JL* (X) (a) report to the Pretrial Services .
telephone number _____, no later than _____
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
_____
( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
_____
( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
*JL* (X) (e) maintain or actively seek employment.
( ) (f) maintain or commence an education program.
( ) (g) surrender any passport to: _____
( ) (h) obtain no passport.
( ) (i) abide by the following restrictions on personal association, place of abode, or travel: _____

*JL* (X) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____

( ) (k) undergo medical or psychiatric treatment: _____

( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
*JL* (X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
( ) (o) refrain from ( ) any ( ) excessive use of alcohol.
( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
*JL* (X) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
*JL* (X) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
    ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    *JL* (X) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
*JL* (X) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
*JL* (X) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

    *JL* ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
    *JL* (X) (ii) Radio Frequency (RF) monitoring;
    ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
    ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
    ( ) (v) Voice Recognition monitoring.
*JL* (X) (u) Fronzo Cotton to post his property prior to release.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*All conds have been read to me by USPO Rankin.*
*Signed: [signature]*
*Date: 1/11/2011*

_____
Defendant's Signature

Clarksville, TN
City and State

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.
( X ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. ~~If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.~~

Date: 1/7/11

_____
Judicial Officer's Signature

ALETA A. TRAUGER  U.S. District Judge
Printed name and title