**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE  DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **No. 3:11-00012-11** |
| **v.** ) | **Judge Sharp** |
| ) | |
| **LAMONT COTTON** ) | |
| ) | |

## **O R D E R**

Pending before the Court is Defendant's Motion to Continue the Sentencing Date

(Docket No. 1880).

The motion is GRANTED and the sentencing hearing scheduled for November 1, 2013,

is hereby rescheduled for Friday, January 10, 2014, at 2:30 p.m.

IT IS SO ORDERED.

_____

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE