TUVQJÞÃÕÜŒVÖÖ
*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cr-00012 |
| | ) | Judge Sharp |
| **LAMONT COTTON** | ) | |

## MOTION OF DEFENDANT LAMONT COTTON
## TO RELEASE DEED OF TRUST POSTED AS SECURITY FOR BOND

**COMES NOW** the Defendant, **Lamont Cotton**, by and through his undersigned counsel, and hereby moves this Court for the entry of an Order directing the U.S. District Court Clerk to release the previously filed Deed of Trust on *264 Northwood Terrace, Clarksville, Tennessee, 37042*, which was posted in the Registry of the Court to secure Defendant's appearance. In support hereof, Defendant states as follows:

1. On January 7, 2011, Defendant executed an Order Setting Conditions of Release which required, among other things, that the Defendant's father, Fronzo Cotton, execute a Deed of Trust on *264 Northwood Terrace, Clarksville, Tennessee, 37042* in favor of the Clerk to secure the Defendant's appearance. (Docket Entries 198, 199 & 201).

2. Defendant was sentenced on January 10, 2014 to a period of imprisonment of 108 months. (Docket Entry 1978). The case was concluded in Court that day and the Defendant is currently in the custody of the U.S. Bureau of Prisons.

**WHEREFORE**, based on the foregoing, Defendant Cotton respectfully requests that this Court enter an Order directing that the U.S. District Court Clerk release the Deed of Trust/collateral which was posted in the Registry of the Court to secure the Defendant's appearance.